# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **William A. Kehoe and Corrie L. Kehoe,** | 16-39741 |
| Debtors. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #28)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on October 13, 2017.

Dated: October 13, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **William A. Kehoe and Corrie L. Kehoe,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **Marilyn Barton**    bartonlaw@mchsi.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

## MANUAL SERVICE LIST

Isac
1755 Lake Cook Rd.
Deerfield, Il 60015

Quantum3 Group Llc As Agent For
Sadino Funding Llc
Po Box 788
Kirkland, Wa 98083-0788

Ameren Illinois
2105 E State Route 104
Pawnee, Il 62558

Internal Revenue Services
Kansas City, Mo 64999

Harshavadan Vyas Md,Facog
C/O Collection Professionals Inc.
723 First St.
Lasalle, Il 61301

Cavalry Spv I, Llc
500 Summit Lake Drive, Ste 400
Valhalla, Ny 10595

American Infosource Lp As Agent For
Verizon
Po Box 248838
Oklahoma City, Ok 73124-8838

Midland Funding Llc
Midland Credit Management,Inc As Agent
Po Box 2011
Warren, Mi 48090

World Finance Corp. C/O World Acceptance Corp.
Attn: Bankruptcy Processing Center
Po Box 6429
Greenville, Sc 29606

Frontier Communications
Bankruptcy Dept
19 John St
Middletown, Ny 10940

Portfolio Recovery Associates, Llc
Pob 41067
Norfolk Va 23541

Us Department Of Education
Po Box 16448
St Paul, Mn 55116-0448

William Kehoe
Corrie L. Kehoe
311 W. Bridge St.
Streator, IL 61364