UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | |
|---|---|
| In re: § | |
| § | |
| William A. Kehoe § | Case No. 16-39741 |
| Corrie L. Kehoe § | |
| § | |
| Debtors § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 52,450.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 17,515.44     Claims Discharged
                                                Without Payment: 175,827.23

Total Expenses of Administration: 3,136.56

---

3) Total gross receipts of $ 51,202.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,550.00 (see **Exhibit 2**), yielded net receipts of $ 20,652.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,136.56 | 3,136.56 | 3,136.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 63,221.00 | 193,342.67 | 193,342.67 | 17,515.44 |
| **TOTAL DISBURSEMENTS** | $ 63,221.00 | $ 196,479.23 | $ 196,479.23 | $ 20,652.00 |

4) This case was originally filed under chapter 7 on 12/19/2016 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2018          By:/s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 311 W. Bridge Street, Streator, IL | 1210-000 | 50,652.00 |
| Insurance Claim | 1229-000 | 550.00 |
| **TOTAL GROSS RECEIPTS** | | **$51,202.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| William A. Keho and Corrie Kehoe | Exemptions | 8100-002 | 30,550.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,550.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 2,815.20 | 2,815.20 | 2,815.20 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 28.75 | 28.75 | 28.75 |
| International Sureties, LTD. | 2300-000 | NA | 23.17 | 23.17 | 23.17 |
| Associated Bank | 2600-000 | NA | 269.44 | 269.44 | 269.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,136.56 | $ 3,136.56 | $ 3,136.56 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

Case 16-39741    Doc 32    Filed 01/23/18    Entered 01/23/18 14:39:09    Desc Main
           Document      Page 5 of 11

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Ameren Illinois | 7100-000 | 1,200.00 | 1,903.34 | 1,903.34 | 172.43 |
| 7 | American Infosource Lp As Agent For | 7100-000 | NA | 634.28 | 634.28 | 57.46 |
| 6 | Cavalry Spv I, Llc | 7100-000 | 712.00 | 712.31 | 712.31 | 64.53 |
| 10 | Frontier Communications | 7100-000 | 370.00 | 364.26 | 364.26 | 33.00 |
| 5 | Harshavadan Vyas Md,Facog | 7100-000 | 107.00 | 207.06 | 207.06 | 18.76 |
| 4 | Internal Revenue Services | 7100-000 | 9,300.00 | 8,060.78 | 8,060.78 | 730.25 |
| 1 | Isac | 7100-000 | NA | 113,931.03 | 113,931.03 | 10,321.32 |
| 8 | Midland Funding Llc | 7100-000 | 5,000.00 | 4,527.03 | 4,527.03 | 410.12 |
| 11 | Portfolio Recovery Associates, Llc | 7100-000 | 720.00 | 824.01 | 824.01 | 74.65 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | 1,010.00 | 1,006.75 | 1,006.75 | 91.20 |
| 12 | Us Department Of Education | 7100-000 | 44,102.00 | 60,478.24 | 60,478.24 | 5,478.89 |
| 9 | World Finance Corp. C/O World Acceptance Corp. | 7100-000 | 700.00 | 693.58 | 693.58 | 62.83 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 63,221.00 | $ 193,342.67 | $ 193,342.67 | $ 17,515.44 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-39741 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | William A. Kehoe | | | | | Date Filed (f) or Converted (c): | 12/19/2016 (f) |
| | Corrie L. Kehoe | | | | | 341(a) Meeting Date: | 01/19/2017 |
| For Period Ending: | 01/03/2018 | | | | | Claims Bar Date: | 09/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Ford F-350 1999 | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. Television, Microwave, Stove, Refrigerator, washer, Dryer, Co | 0.00 | 0.00 | | 0.00 | FA |
| 3. Computer, Printer | 0.00 | 0.00 | | 0.00 | FA |
| 4. Springfield 1911 - 9 milimeter | 500.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary Wearing Apparel | 0.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 7. Retirement from Streater Police Dept | 19,000.00 | 0.00 | | 0.00 | FA |
| 8. 311 W. Bridge Street, Streator, IL (u) | 50,652.00 | 50,652.00 | | 50,652.00 | FA |
| 9. Insurance Claim (u) | 550.00 | 550.00 | | 550.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $72,702.00    $51,202.00    $51,202.00    $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report submitted; Final hearing set for November 2, 2017

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | This property was destroyed by a fire, and the Debtor amended the value to $0.00. |
| RE PROP # | 3 | -- | This property was destroyed by a fire, and the Debtor amended the value to $0.00. |
| RE PROP # | 5 | -- | This property was destroyed in a fire, and the Debtor amended the schedules to $0.00. |
| RE PROP # | 6 | -- | This property was destroyed by a fire, and the Debtor amended the value to $0.00. |
| RE PROP # | 8 | -- | This property was destroyed by fire, and an insurance paid out. |
| RE PROP # | 9 | -- | This was scheduled on the Debtor's amended schedules. |

Exhibit 8

Initial Projected Date of Final Report (TFR): 10/12/2017     Current Projected Date of Final Report (TFR): 10/12/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-39741 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: William A. Kehoe | Bank Name: Associated Bank |
| Corrie L. Kehoe | Account Number/CD#: XXXXXX1569 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/17 | 8 | State Farm Fire and Casualty Company | Insurance Claim payment | | 1210-000 | $46,202.00 | | $46,202.00 |
| 01/24/17 | | State Farm Insurance Check sent to Debtor | Insurance Claim | | | $5,000.00 | | $51,202.00 |
| | | | Gross Receipts | $5,000.00 | | | | |
| | 8 | | 311 W. Bridge Street, Streator, IL | $4,450.00 | 1210-000 | | | |
| | 9 | | Insurance Claim | $550.00 | 1229-000 | | | |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $17.18 | $51,184.82 |
| 02/22/17 | 5001 | William A. Keho and Corrie Kehoe 311 Bridge Street Streator, IL 61364 | Homestead Exemption Payment/insurance This check coves the homestead exemption of $30,000 and the $550 of insurance funds turned over for the Debtor that was additionally exempted | | 8100-002 | | $30,550.00 | $20,634.82 |
| 02/28/17 | 5002 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | 2017 Bond Payment | | 2300-000 | | $23.17 | $20,611.65 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $68.72 | $20,542.93 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $33.49 | $20,509.44 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $29.51 | $20,479.93 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $30.45 | $20,449.48 |

Page Subtotals:    $51,202.00    $30,752.52

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 16-39741 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | William A. Kehoe | Bank Name: | Associated Bank |
| | Corrie L. Kehoe | Account Number/CD#: | XXXXXX1569 |
| | | | Checking |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/03/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.42 | $20,420.06 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.36 | $20,389.70 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.31 | $20,359.39 |
| 11/03/17 | 5003 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $2,843.95 | $17,515.44 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($2,815.20) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($28.75) | 2200-000 | | | |
| 11/03/17 | 5004 | Isac<br>1755 Lake Cook Rd.<br>Deerfield, Il 60015 | Final distribution to claim 1 representing a payment of 9.06 % per court order. | 7100-000 | | $10,321.32 | $7,194.12 |
| 11/03/17 | 5005 | Quantum3 Group Llc As Agent For Sadino Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 9.06 % per court order. | 7100-000 | | $91.20 | $7,102.92 |
| 11/03/17 | 5006 | Ameren Illinois<br>2105 E State Route 104<br>Pawnee, Il 62558 | Final distribution to claim 3 representing a payment of 9.06 % per court order. | 7100-000 | | $172.43 | $6,930.49 |
| 11/03/17 | 5007 | Internal Revenue Services<br>Kansas City, Mo 64999 | Final distribution to claim 4 representing a payment of 9.06 % per court order. | 7100-000 | | $730.25 | $6,200.24 |
| 11/03/17 | 5008 | Harshavadan Vyas Md,Facog<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 5 representing a payment of 9.06 % per court order. | 7100-000 | | $18.76 | $6,181.48 |

Page Subtotals: $0.00  $14,268.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-39741 | Trustee Name: | Zane L. Zielinski, Trustee | |
| Case Name: | William A. Kehoe | Bank Name: | Associated Bank | |
| | Corrie L. Kehoe | Account Number/CD#: | XXXXXX1569 | |
| | | | Checking | |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/03/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/03/17 | 5009 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Final distribution to claim 6 representing a payment of 9.06 % per court order. | 7100-000 | | $64.53 | $6,116.95 |
| 11/03/17 | 5010 | American Infosource Lp As Agent For Verizon<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution to claim 7 representing a payment of 9.06 % per court order. | 7100-000 | | $57.46 | $6,059.49 |
| 11/03/17 | 5011 | Midland Funding Llc<br>Midland Credit Management,Inc As Agent<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 8 representing a payment of 9.06 % per court order. | 7100-000 | | $410.12 | $5,649.37 |
| 11/03/17 | 5012 | World Finance Corp. C/O World Acceptance Corp.<br>Attn: Bankruptcy Processing Center<br>Po Box 6429<br>Greenville, Sc 29606 | Final distribution to claim 9 representing a payment of 9.06 % per court order. | 7100-000 | | $62.83 | $5,586.54 |
| 11/03/17 | 5013 | Frontier Communications<br>Bankruptcy Dept<br>19 John St<br>Middletown, Ny 10940 | Final distribution to claim 10 representing a payment of 9.06 % per court order. | 7100-000 | | $33.00 | $5,553.54 |
| 11/03/17 | 5014 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 11 representing a payment of 9.06 % per court order. | 7100-000 | | $74.65 | $5,478.89 |
| 11/03/17 | 5015 | Us Department Of Education<br>Po Box 16448<br>St Paul, Mn 55116-0448 | Final distribution to claim 12 representing a payment of 9.06 % per court order. | 7100-000 | | $5,478.89 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $51,202.00 | $51,202.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $51,202.00 | $51,202.00 |
| Less: Payments to Debtors | $0.00 | $30,550.00 |
| Net | $51,202.00 | $20,652.00 |

Page Subtotals: $0.00 $6,181.48

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1569 - Checking | $51,202.00 | $20,652.00 | $0.00 |
| | $51,202.00 | $20,652.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $51,202.00 |
| Total Gross Receipts: | $51,202.00 |

Page Subtotals:   $0.00   $0.00